```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**WILLIE DAVID SHELBY, JR., #K2271**
                                                    **PLAINTIFF**

**VS.                            CIVIL ACTION NO. 3:06CV265WHB-LRA**

**CLAUDE FOREMAN, OFFICER**
**WALKER, OFFICER CHAMBERS,**
**AND DR. RULE MAY**                                 **DEFENDANTS**


                            <u>**ORDER**</u>

   This cause came to be heard upon the Report and Recommendation of United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about August 9, 2007, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

   IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, entered on or about August 9, 2007, be, and the same is hereby, adopted as the finding of this Court, and the Complaint filed by Willie David Shelby, Jr. is dismissed with prejudice.

   IT IS FURTHER ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim [docket entry #19] is hereby granted and this case is dismissed with prejudice.

A separate judgment will be entered dismissing this cause of action with prejudice.

SO ORDERED this the 18th day of September, 2007.

<pre>
                                    s/William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE
</pre>